1  ALANNA D. COOPERSMITH (SBN 248447)
   Attorney at Law,
2  420 Third Street, Suite 250
   Oakland, California 94607
3  Tel. 510.628.0596
4  Fax. 866.365.9759
   alanna@eastbaydefense.com
5
6  Counsel for Defendant
   NICHOLAS TABOR
7
8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10 | UNITED STATES OF AMERICA,     | No. 22-CR-398 VC
11 |     Plaintiff,                |
12 |                               | JOINT CERTIFICATION OF COUNSEL
   |     v.                        |
13 |                               |
14 | NICHOLAS TABOR,               |
15 |     Defendant.                |

16

17    Counsel for defendant, Nicholas Tabor, and counsel for the government, Assistant United
18 States Attorney, Sophia Cooper, jointly certify that the following exhibits were admitted at the
19 evidentiary hearing on December 3, 2025.

20

21 | **Exhibit** | **Description** |
   |---|---|
22 | 1 | Affidavit of U.S. Postal Inspector S. Singh |
23 | 2 | Photograph (Poster) |
24 | 3 | Etsy receipt (11.20.23) |
25 | 4 | Etsy receipt (7.25.24) |
26 | 5 | Photograph (Console) |
27 | 6 | Screen Shot (Priority Mail Flat Rate) |
28 | 7 | Bureau of Public Assistance Investigations, Agency Report (San Diego County) |

1

| 8 | Priority Mail Flat Rate Small Box (Physical Item) |
|---|---|
| A | Health care power of attorney |
| B | Video clip |
| C | Photos of bloody nails |
| C-1 | Photos of bloody nails |
| D | Photos of leg bruises |
| E | Photos of bruises |
| E-1 | Photo of bruises |
| F | Photos of arm bruises |
| G | Family Health Centers of San Diego, Ltr. of 10/24/24 and attachments |
| H | Boris Khamishon, MD, Report of 1/10/24 |
| I | Family Health Centers of San Diego, Report of 1/6/25 |
| J | Confidential Neuropsychological Evaluation of 7/3/25 |
| K | Payment Receipt for Ketamine IV Treatment |
| M | Email |

They further certify that they are filing true and correct copies of such exhibits on ECF pursuant to Local Criminal Rule 55-1 and Local Civil Rule 5-1(g).

**SO STIPULATED**.

Dated: December 12, 2025

s/ *Alanna Coopersmith*
ALANNA COOPERSMITH
Counsel for Defendant
NICHOLAS TABOR

CRAIG H. MISSAKIAN
United States Attorney

Dated: December 12, 2025

s/ *Sophia Cooper*
SOPHIA COOPER
Assistant U.S. Attorney